**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEMPUS AIRCRAFT SALES AND | ) | Case No. 18-13507 MER |
| SERVICE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| TOM H. CONNOLLY as chapter 11 | ) | |
| trustee for Tempus Aircraft | ) | |
| Sales and Service, LLC, | ) | Adv. Proc. No. 18-01243 MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE TRAVELERS INDEMNITY | ) | |
| COMPANY; ORION AIRGROUP | ) | |
| HOLDINGS, LLC; LOW COUNTRY | ) | |
| TRADING IV, LLC; LOW COUNTRY | ) | |
| TRADING VI, LLC; TEMPUS JET | ) | |
| CENTERS III, LLC; FIREFLY | ) | |
| FINANCIAL LTD.; and | ) | |
| STONEBRIAR COMMERCIAL | ) | |
| FINANCE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Angela Garcia, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the **Summons, Complaint** and **Notice to Litigants** was made the 27th day of July, 2018, by first-class, United States mail, postage pre-paid, addressed to:

The Travelers Indemnity Company
Division of Insurance, registered agent
1560 Broadway
Denver, CO 80202

The Travelers Indemnity Company
John M. Palmeri
555 17th Street, Suite 3400
Denver, CO 80202

Orion Airgroup Holdings, LLC
Jack Gulbin, registered agent
12260 E. Control Tower Road
Englewood, CO 80112

Low Country Trading IV, LLC
Jack Gulbin, registered agent
12260 E. Control Tower Road
Englewood, CO 80112

Low Country Trading VI, LLC
Jack Gulbin, registered agent
12260 E. Control Tower Road
Englewood, CO 80112

Tempus Jet Centers III, LLC
Jack Gulbin, registered agent
12260 E. Control Tower Road
Englewood, CO 80112

Firefly Financial Ltd.
c/o Edward E. Bagnell, Jr.
411 East Franklin Street, Suite 600
Richmond, VA 23219

Stonebriar Commercial Finance
Cogency Global Inc., registered agent
12649 W. Warren Ave.
Lakewood, CO 80228

Stonebriar Commercial Finance, LLC
LeElle Slifer
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, TX 75202

Stonebriar Commercial Finance, LLC
Thomas E.M. Werge
110 16th Street, Suite 1400
Denver, CO 80202


Under penalty of perjury, I declare that the foregoing is true and correct.

DATE:   July 27, 2018

                                  */s/ Angela Garcia*
                                  Paralegal