# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>TEMPUS AIRCRAFT SALES AND SERVICE, LLC,<br><br>        Debtor. | Case No. 18-13507 MER<br><br>Chapter 7 |
| TOM H. CONNOLLY as Chapter 11 trustee for Tempus Aircraft Sales and Service, LLC,<br><br>        Plaintiff<br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY; ORION AIRGROUP HOLDINGS, LLC; LOW COUNTRY TRADING IV, LLC; LOW COUNTY TRADING VI, LLC; TEMPUS JET CENTERS III, LLC; FIREFLY FINANCIAL LTD.; and STONEBRIAR COMMERCIAL FINANCE,<br><br>        Defendants. | Adversary Proceeding No. 18-01243-MER |
| THE TRAVELERS INDEMNITY COMPANY,<br><br>        Defendant/Counterclaimant Cross-Claimant And Third Party Plaintiff<br><br>v.<br><br>TOM H. CONNOLLY as Chapter 11 trustee for Tempus Aircraft Sales and Service, LLC,<br><br>        Counterclaim Defendant,<br><br>And | |

|  |
|---|
| v.<br><br>ORION AIRGROUP HOLDINGS, LLC; LOW COUNTRY TRADING IV, LLC; LOW COUNTY TRADING VI, LLC; TEMPUS JET CENTERS III, LLC; FIREFLY FINANCIAL LTD.; and STONEBRIAR COMMERCIAL FINANCE,<br><br>    Crossclaim Defendants.<br><br>And<br><br>v.<br><br>GODFREY JOHNSON, P.C., BRETT GODFREY, AATON BAKKEN, THE LAW OFFICES OF FRED C. BEGY, III, P.C., FRED C. BEGY III, THE STANG LAW FIRM, MARK A. STANG,<br><br>    Third Party Defendants |

## ANSWER OF DEFENDANT STONEBRIAR COMMERCIAL FINANCE LLC TO THE TRAVELERS INDEMNITY COMPANY'S CROSS-CLAIM

Defendant Stonebriar Commercial Finance LLC ("Stonebriar"), by and through its undersigned counsel, respectfully answer Defendant and Counterclaim/Third-Party Plaintiff The Travelers Indemnity Company's Cross-Claim. Stonebriar denies each allegation that is not explicitly admitted below.

## **PARTIES**

1. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

2. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

3. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

4. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

5. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

6. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

7. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

8. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

9. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

10. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

11. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

12. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

13. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

14. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

15. Stonebriar denies that it is a Texas limited liability company. Stonebriar is a Delaware limited liability company.

## JURISDICTION AND VENUE

16. Stonebriar neither admits nor denies that this court has subject matter jurisdiction over this adversary proceeding because this is a legal conclusion and thus no response is required.

17. Stonebriar denies that venue in this district is proper.

## GENERAL ALLEGATIONS

18. Stonebriar admits the allegations in this paragraph.

19. Stonebriar admits the allegations in this paragraph.

20. Stonebriar admits the allegations in this paragraph.

21. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

22. Stonebriar admits the allegations in this paragraph.

23. Stonebriar admits the allegations in this paragraph.

24. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

25. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

26. Stonebriar admits the allegations in this paragraph.

27. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

28. Stonebriar admits the allegations in this paragraph.

29. Stonebriar admits the allegations in this paragraph.

30. Stonebriar admits the allegations in this paragraph.

31. Stonebriar admits the allegations in this paragraph.

32. Stonebriar admits the allegations in this paragraph.

33. Stonebriar admits the allegations in this paragraph.

34. Stonebriar admits the allegations in this paragraph.

35. Stonebriar admits the allegations in this paragraph.

36. Stonebriar admits the allegations in this paragraph.

37. Stonebriar admits the allegations in this paragraph.

38. Stonebriar neither admits nor denies the allegations in this paragraph because it does not believe a response is required.

## **INTERPLEADER**

39. Stonebriar neither admits nor denies the allegations in this paragraph because it does not believe a response is required.

40. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

41. Stonebriar does not have sufficient information to admit or deny the allegations in this paragraph.

**PRAYER FOR RELIEF**

Stonebriar does not believe this paragraph or its subparts require an admission or a denial, but, to the extent they do, Stonebriar denies that the Court should enter the requested relief

DATED this 17th day of September, 2018.

                Respectfully submitted,

                */s/LeElle Slifer*
                LeElle Slifer
                BURNS CHAREST LLP
                900 Jackson Street, Suite 500
                Dallas, Texas 75202
                (469) 904-4550
                lslifer@burnscharest.com

                Thomas E.M. Werge
                WERGE & HAHN LLC
                110 Sixteenth Street, Suite 1400
                Denver, CO 80202
                (720) 458-1401
                tom@werge.law

                Jeffrey C. Wisler (DE Bar No. 2795)
                CONNOLLY GALLAGHER LLP
                The Brandywine Building
                1000 West Street, Suite 1400
                Wilmington, Delaware 19801
                Telephone: (302) 757-7300
                Facsimile: (302) 658-0380
                jwisler@connollygallagher.com

                *Attorneys for Stonebriar Commercial Finance LLC*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>TEMPUS AIRCRAFT SALES AND SERVICE, LLC,<br><br>      Debtor. | Case No. 18-13507 MER<br><br>Chapter 7 |
| TOM H. CONNOLLY as Chapter 11 trustee for Tempus Aircraft Sales and Service, LLC,<br><br>      Plaintiff<br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY; ORION AIRGROUP HOLDINGS, LLC; LOW COUNTRY TRADING IV, LLC; LOW COUNTY TRADING VI, LLC; TEMPUS JET CENTERS III, LLC; FIREFLY FINANCIAL LTD.; and STONEBRIAR COMMERCIAL FINANCE,<br><br>      Defendants. | Adversary Proceeding No. 18-01243-MER |
| THE TRAVELERS INDEMNITY COMPANY,<br><br>      Defendant/Counterclaimant Cross-Claimant And Third Party Plaintiff<br>v.<br><br>TOM H. CONNOLLY as Chapter 11 trustee for Tempus Aircraft Sales and Service, LLC,<br><br>      Counterclaim Defendant,<br><br>And<br>v. | |

| |
|---|
| ORION AIRGROUP HOLDINGS, LLC; LOW COUNTRY TRADING IV, LLC; LOW COUNTY TRADING VI, LLC; TEMPUS JET CENTERS III, LLC; FIREFLY FINANCIAL LTD.; and STONEBRIAR COMMERCIAL FINANCE, <br><br>        Crossclaim Defendants. <br><br>And <br><br>v. <br><br>GODFREY JOHNSON, P.C., BRETT GODFREY, AATON BAKKEN, THE LAW OFFICES OF FRED C. BEGY, III, P.C., FRED C. BEGY III, THE STANG LAW FIRM, MARK A. STANG, <br><br>        Third Party Defendants |

The undersigned certifies that on September 17, 2018, I served electronically through CM/ECF a copy of **ANSWER OF DEFENDANT STONEBRIAR COMMERCIAL FINANCE LLC TO THE TRAVELERS INDEMNITY COMPANY'S CROSS-CLAIM**, to the following:

**Aaron J. Conrardy**
**Lacey S. Bryan**
WADSWORTH WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, CO 80120
303-296-1999
Fax : 303-296-7600
aconrardy@wwc-legal.com
lbryan@wwc-legal.com
*Attorneys for U.S. Trustee Tom Connolly*
Served via CM/ECF

**John M. Palmeri**
**Greg S. Hearing**
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com

ghearing@grsm.com
***Attorneys For Defendant The Travelers Indemnity Company***
Served via CM/ECF

/s/      *LeElle Slifer*
For Burns Charest LLP